*EXHIBIT 2*

# William D "Billy" Washington

**Clerk of the Circuit Court**

**Madison County**

P.O. Box 237
Madison, FL 32341

## Official Records Receipt
## Recording

| | |
|---|---|
| Username: | apitts |
| Changed By: | apitts |

| | | | |
|---|---|---|---|
| **Receipt#:** | 202502169 | **Payee Name:** | SEQUOR LAW |
| **Receipt Date:** | 06/02/2025 | | |

**Escrow Balance:**
**Escrow Customer:**

**Instrument(s):**   202540002467-BK1596/PG321-324-CERTIFIED COPY OF A COURT JUDGMENT

## Details

| | |
|---|---|
| BOCC/Court Tech | $8.00 |
| FACC-CCIS | $0.40 |
| Indexing | $0.00 |
| PRMTF | $7.60 |
| Recording | $17.00 |
| Records Trust | $2.50 |

| | |
|---|---|
| **Receipt Total:** | $35.50 |
| **Amount Tendered:** | $35.50 |
| **Amount Paid (including any fees):** | $35.50 |
| **Overage:** | $0.00 |

| **Check** | $35.50 | 11641 | |
|---|---|---|---|
| Auth. Code: | | Tender: | |
| Card: | | AID: | |
| Payment Method: | | TID: | |
| Payment Variant: | | MID: | |

Inst: 202540002467 Date: 06/02/2025 Time: 1:23PM
Page 1 of 4  B: 1596  P: 321, WM D. Washington, Clerk of Court
Madison, County, By:  AP
Deputy Clerk

AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | | |
|---|---|---|
| GREENLIGHT CAPITAL, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No. 1:24-CV-02299-LTS |
| JAMES FISHBACK | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*     03/31/2025     .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:    May 08, 2025

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Court

By: _____
Deputy Clerk

Case 6:25-mc-00025-JSS-RMN   Document 3-2   Filed 07/11/25   Page 4 of 6 PageID 14
Case 4:25-mc-00031-MW-MAF   Document 1   Filed 05/09/25   Page 2 of 2
Case 1:24-cv-02299-LTS   Document 31   Filed 03/31/25   Page 1 of 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

GREENLIGHT CAPITAL, INC.,

                                    Plaintiff,                          24 **CIVIL** 2299 (LTS)

              -against-                                                 **JUDGMENT**

JAMES FISHBACK,

                                    Defendants.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum Order dated March 31, 2025, Plaintiff's motion for summary judgment is

granted in full. Plaintiff is hereby awarded the outstanding balance on the First Note, including the

remaining principal ($215,174.47) and the interest accrued thereon (at $26.72 per day) from

November 1, 2023 (the day after the October 31, 2023 redemption) through the date of entry of

judgment for a total of 517 days amounting to $13,814.24 in total interest. Plaintiff is also awarded

post-judgment interest, which shall accrue at the rate statutorily prescribed by 28 U.S.C. § 1961. This

Memorandum Order resolves docket entry no. 13. Judgment entered in favor of Plaintiff. Any motion

for attorneys' fees may be made pursuant to Federal Rule of Civil Procedure 54(d)(2) and shall set

forth the basis for attorneys' fees, whether under the Notes or otherwise.

**Dated:** New York, New York

       March 31, 2025

                                                        **TAMMI M. HELLWIG**
                                              _____
                                                        **Clerk of Court**

                                  **BY:**

                                              _____
                                                        **Deputy Clerk**

CERTIFIED AS A TRUE COPY ON
THIS DATE 3/8/2025
BY
          Clerk
          Deputy

## AFFIDAVIT IN SUPPORT OF RECORDING JUDGMENT

BEFORE ME, the undersigned authority, a Notary Public, personally came and appeared Miguel E. Del Rivero, Esq., who, after first being duly sworn under oath, deposes and says the following:

1.     My name is Miguel E. Del Rivero, Esq.  I am over the age of 18 and make this affidavit upon personal knowledge of the facts set forth herein. I am an attorney at Sequor Law, P.A., 1111 Brickell Avenue, Suite 1250, Miami, Florida 33131. My Florida Bar number is 1048586.

2.     Sequor Law, P.A. represents **Greenlight Capital, Inc.** (the "Judgment Creditor"), which holds a judgment against **James Fishback** (the "Judgment Debtor").

3.     The name and address of the Judgment Creditor, which has a lien as a result of the judgment, is:

**CREDITOR'S NAME:**     **Greenlight Capital, Inc.**
**ADDRESS:**     140 East 45th Street, 24th Floor, New York, NY 10017

4.     This affidavit is submitted for purposes of recording the judgment in the official records of Madison County, Florida.

5.     For purposes of the recording of the foreign judgment under Fla. Stat. § 55.505, the Judgment Debtor's last known address is:

**JUDGMENT DEBTOR'S NAME:**     **James Fishback**
**ADDRESS:**     115 SW Pinckney St, Madison, FL 32340

6.     I am not aware of any social security number or tax identification number for the Judgment Debtor.

7.     The name and address of the Judgment Creditor's attorneys in the State of Florida are:

**CREDITOR'S ATTORNEYS:**  Edward H. Davis Jr., Esq.
Juan J. Mendoza, Esq.
Miguel E. Del Rivero, Esq.
**ADDRESS:**  SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131

I declare under penalty of perjury that the foregoing affidavit is true and correct.

Executed in Miami, Florida on May 27, 2025.

_____
MIGUEL E. DEL RIVERO

STATE OF FLORIDA            )
                            ) ss:
COUNTY OF *Miami-Dade*      )

Before me this *27th* day of *May* , 2025 personally appeared Miguel E. Del Rivero, Esq. who is personally known to me, and, having been duly sworn under oath, stated that to her/his personal knowledge the matters herein are true and correct.



_____
Notary Public, State of Florida
My Commission Expires:  *3-10-2028*

2