*EXHIBIT 3*

# ELECTRONIC JUDGMENT LIEN CERTIFICATE

FOR PURPOSES OF FILING A JUDGMENT LIEN, THE FOLLOWING INFORMATION IS SUBMITTED IN ACCORDANCE WITH s. 55.203, F.S..

**JUDGMENT DEBTOR (DEFENDANT) NAME(S) AS SHOWN ON JUDGMENT LIEN:**

FISHBACK, JAMES
115 SW PINCKNEY STREET
MADISON, FL. 32340

## J25000417951
**FILED**
**May 16, 2025 08:00 A.M.**
**Secretary of State**
KBRUMBLEY

**JUDGMENT CREDITOR (PLAINTIFF) NAME AS SHOWN ON JUDGMENT LIEN OR CURRENT OWNER OF JUDGMENT IF ASSIGNED:**

GREENLIGHT CAPITAL, INC.
140 EAST 45TH STREET
24TH FLOOR
NEW YORK, NY 10017
DOS DOCUMENT#: N/A

NAME AND ADDRESS TO WHOM ACKNOWLEDGMENT/CERTIFICATION IS TO BE MAILED:

EDWARD H. DAVIS, JR.
EDAVIS@SEQUORLAW.COM

AMOUNT DUE ON MONEY JUDGMENT: 228988.71
APPLICABLE INTEREST RATE: 3.92%
NAME OF COURT: U.S. DISTRICT OF NDFL
CASE NUMBER: 4:25-MC-00031-MW-MAF
DATE OF ENTRY: 05/09/25
WAS A WRIT OF EXECUTION DOCKETED ON THIS JUDGMENT LIEN WITH ANY SHERIFF PRIOR TO OCTOBER 1, 2001?
( ) YES  (IF YES, A "CREDITOR AFFIDAVIT CERTIFICATION" FORM MUST BE ATTACHED TO THIS CERTIFICATE.)
(X) NO

**UNDER PENALTY OF PERJURY, I hereby certify that: (1)  The judgment above described has become final and there is no stay of the judgment or its enforcement in effect; (2)  All of the information set forth above is true, correct, current and complete; (3)  I have not previously filed a Judgment Lien Certificate regarding the above judgment with the Department of State; and, (4)  I have complied with all applicable laws in submitting this Electronic Judgment Lien Certificate for filing.**

Electronic Signature of Creditor or Authorized Representative: EDWARD H. DAVIS, JR.