*EXHIBIT 4*

DC 11
Rev. 1/09

## WRIT OF EXECUTION

| United States District Court | Middle District of Florida |
|---|---|

TO THE MARSHAL OF:  **Middle District of Florida**

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME   **James Fishback**

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $228,988.71 | AND |

in the United States District Court for the ___Middle___ District of ___Florida___ , before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

**James Fishback**                    Civil Action No. 6:25-mc-00025-JSS-RMN

and also the costs that may accrue under this writ.
   And that you have above listed moneys that the place and date listed below; and that you bring this writ with you.

| PLACE   **U.S. District Court** | DISTRICT **Middle District of Florida** |
|---|---|
| CITY   **Orlando** | DATE   **7/11/2025** |

Witness the Honorable _____
United States Judge

| DATE | CLERK OF COURT |
|---|---|
| | (BY )  DEPUTY CLERK |

### RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY )  DEPUTY MARSHAL |
|---|---|