UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GREENLIGHT CAPITAL,
INC.,

        Plaintiff,

        v.

JAMES FISHBACK,

        Defendant.

Case No.
6:25-mc-25-JSS-RMN

## ORDER

      This cause is before the Court on Plaintiff's Motion for Writ of Execution (Dkt. 3), filed July 11, 2025. In the Motion, Plaintiff asks the Court to issue a writ of execution against James Fishback. Dkt. 3 at 1.

      Federal Rule of Civil Procedure 69 provides that, "[a] money judgment is enforced by a writ of execution, unless the court directed otherwise," and that "[t]he procedure on execution—and in proceedings supplementary to and in aid of judgment or execution—must accord with" Florida law. Fed R. Civ. P. 69(a)(1). Florida law provides that "[f]inal process to enforce a judgment solely for the payment of money shall be by execution, writ of garnishment, or other appropriate process or proceedings." Fla. R. Civ. P. 1.570(a).

While a writ of execution is the proper mechanism for enforcing a judgment against a judgment debtor, Plaintiff has not complied with the Local Rules of this Court and has not adequately briefed the legal basis for this Court to issue the writ requested. Local Rule 3.01(a) requires parties to include in each motion, "a concise statement of the precise relief requested, a statement of the basis for the request, and a legal memorandum supporting the request." The motion contains no legal memorandum and does not provide a legal or factual basis for the issuance of the writ under Florida law.

Plaintiff has also not complied with the requirements of Federal Rule of Civil Procedure 7.1 and Local Rule 3.03. Plaintiff must prepare and file the required disclosure statement. counsel for Plaintiff has not filed a "Notice of Related Action," as required by Local Rule 1.07(c).

Accordingly, it is **ORDERED**:

1.    Plaintiff's Motion for Writ of Execution (Dkt. 3) is **DENIED without prejudice**;

2.    Before renewing any motion in this matter, Plaintiff must prepare and file the notice and disclosure required by Federal Rule of Civil Procedure 7.1, Local Rule 1.07(c), and Local Rule 3.03.

**DONE** and **ORDERED** in Orlando, Florida, on August 6, 2025.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

- 2 -

Copies to:

Counsel of Record